UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRANZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | Case No.: 3:22-cv-588-L-KSC <br><br> **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

Plaintiffs filed this action related to an alleged exposure to asbestos. (ECF 1). Plaintiffs contend the Court has subject matter jurisdiction over the claims under 28 U.S.C. section 1332. (*Id*. at ¶ 2). Diversity jurisdiction exists when there is diversity of parties and an amount in controversy exceeding $75,000. Complete diversity is required. *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

///
///
///
///
///
///
///
///
///

Here, Plaintiffs reside in Texas. (*Compl.* at ¶ 4). Several corporate defendants have their offices in Texas. (*Id.* at ¶¶ 10, 13-14, 30). Based on those allegations, there is a lack of complete diversity among the parties. *GranCare, LLC v. Thrower*, 889 F.3d 543, 548 (9th Cir. 2018) ("diversity removal requires complete diversity, meaning that each plaintiff must be of a different citizenship from each defendant.") Plaintiffs also failed to allege their citizenship and the principal place of business for all defendants. For these reasons, the Court dismisses the complaint with leave to amend. *See* Fed. R. Civ. P. 12(h); Fed. R. Civ. P. 15. Plaintiffs have until **May 23, 2022**, to file an amended complaint (if any).

**IT IS SO ORDERED**.

Dated: May 9, 2022

_____
Hon. M. James Lorenz
United States District Judge