Stuart J. Purdy, CA Bar No. 239878
**SIMON GREENSTONE PANATIER**
3760 Kilroy Airport Way, Suite 680
Long Beach, California 90806
Telephone: (562) 590-3400
Facsimile:  (562) 590-3412
E-mail: spurdy@sgptrial.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KRANZ and LUCINDA KRANZ,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.), *et al.*,<br><br>　　　　　　　Defendants. | Case No.  3:22-cv-00588-L-KSC<br>Courtroom 5B,<br>Hon. M. James Lorenz<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:　April 26, 2022<br>Trial Date:　　　*None set* |

　　NOTICE IS HEARBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kenneth Kranz and Lucinda Kranz voluntarily dismiss the above-entitled action in its entirety without prejudice. This notice of dismissal is being filed with the court before service by Defendants of either an answer or a motion for summary judgment.

DATED: May 11, 2022　　　　SIMON GREENSTONE PANATIER, P.C.

　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　Stuart J. Purdy
　　　　　　　　　　　　　　Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                     )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over eighteen years of age and not a party to the within action; my business address is 3760 Kilroy Airport Way, Suite 680, Long Beach, California. I am employed in Los Angeles County, California.

On the date set forth below, I served a true and correct copy of the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On all interested parties in this action stated below via the following means of service:

**[XX]  BY E-SERVICE:** I caused such document to be transmitted by electronic service via CM-ECF (Electronic Case Filing) for the same day delivery to the offices of the addressee(s).

[ ]    BY MAIL: I caused such envelope(s) to be deposited in the mail at Long Beach, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY FACSIMILE: I caused a courtesy copy to be transmitted by facsimile to the facsimile number of the offices of the addressee(s) as indicated above and below (see service list).

I declare under penalty of perjury, under the laws of the State of California that the above is true and correct. Executed on May 11, 2022 at Long Beach, California.

_____
Stephanie Sanchez